JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AFRA AMIRSANJARI,** | Case No. **8:10-cv-01265-JST –MAN** |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| **LEGAL RECOVERY LAW OFFICES, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 23rd day of February, 2011.

_____
Honorable Josephine Staton Tucker
United States District Judge

Order to Dismiss - 1